UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ARMOND LEWIS | CIVIL ACTION NO. 14-cv-3125 |
| VERSUS | JUDGE WALTER |
| RYAN KIMBALL | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that (1) Ryan Kimball's **Motion for Summary Judgment (Doc. 21)** is **granted** and that all claims against Kimball are **dismissed with prejudice**, and (2) all claims against Major Mays are **dismissed without prejudice** for failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17 day of November, 2016.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE